# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DOUGLAS CRAIG FUCHS,

    Plaintiff,

v.                                                          Case No: 8:23-cv-147-CEH-AAS

RV RETAILER EAST, LLC,
CUMMINS INC. and JAYCO RV,
INC.,

    Defendants.
_____/

## O R D E R

The Court has been advised by the Plaintiff's Notice of Settlement as to Defendants RV Retailer East, LLC and Jayco RV, Inc. (Doc. 42) and the Plaintiff's Notice of Settlement as to Defendant Cummins, Inc. (Doc. 35) that the above-styled action has been settled among the parties with each party to bear their own costs and attorneys' fees. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on April 20, 2023.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record