# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DOUGLAS CRAIG FUCHS,

    Plaintiff,

v.                                         Case No: 8:23-cv-147-CEH-AAS

RV RETAILER EAST, LLC,
CUMMINS INC. and JAYCO RV,
INC.,

    Defendants.
_____/

## **ORDER**

    This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on April 20, 2023, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 43). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED:**

    1.    This action is dismissed, with prejudice.

    2.    The Clerk is directed to close this case.

    **DONE AND ORDERED** in Tampa, Florida on June 26, 2023.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any